# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION



| | |
|---|---|
| **ELMETRA BROWNLEE** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **MEMPHIS CITY GOVERNMENT, MEMPHIS HOUSING AUTHORITY, ROBERT LIPSCOMB**, in his official position as executive director, **CHARLES NELMS**, in his official and personal capacity and **CLARENCE HOWARD**, in his official and personal capacity | **CASE NO: 04-2057-D** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Robert Lipscomb And Dan Nelms' Motion To Dismiss For Failure To State A Claim entered on November 10, 2004 and Order On Defendant's Motion To Dismiss entered on May 2, 2005, this cause is hereby dismissed with prejudice.

**APPROVED:**

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 18, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02057 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sheila L. Robinson-Beasley
ROBINSON-BEASLEY LAW FIRM
5865 Ridgeway Center Pkwy
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT