IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL -1 PM 4: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELMETRA BROWNLEE,

    Plaintiff,

vs.                                NO: 04-2057-DV

MEMPHIS CITY GOVERNMENT,
MEMPHIS HOUSING AUTHORITY,
ROBERT LIPSCOMB, in his official
position as executive director,
CHARLES NELMS, in his official and
personal capacity and
CLARENCE HOWARD, in his official
and personal capacity,

    Defendant.

---

### CONSENT ORDER DISMISSING DEFENDANT, CLARENCE HOWARD, IN HIS PERSONAL CAPACITY

---

COMES NOW the parties, Defendant Clarence Howard, by and through counsel, Sheila L. Robinson-Beasley, Plaintiff, Elmetra Brownlee, by and through counsel, Wanda Abioto, and Defendants, Memphis City Government, Memphis Housing Authority, Robert Lipscomb, and Charles Nelms, by and through counsel, Robert Cox, and submits this Consent Order agreeing to dismiss the Defendant, Clarence Howard from the instant lawsuit in his "personal capacity"

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED, by consent, that the Defendant, Clarence Howard, is hereby dismissed from this lawsuit in his "personal capacity".

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

_[signature]_
JUDGE

DATE: July 1, 2005

APPROVED:

_[signature]_
Sheila L. Robinson-Beasley #013937
Attorney for Defendant, Clarence Howard
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
(901) 373-1010

_[signature]_ "with permission"
Wanda Abioto
Attorney for Plaintiff, Elmetra Brownlee
8900 Germantown Road, Suite 400
Olive Branch MS, 38654,
(662) 890-9532

_[signature]_ "with permission"
Robert Cox #014279
Attorney for Defendants,
Memphis Housing Authority, Robert Lipscomb,
and Dan Nelms
26 North Second Street
Memphis, TN 38103
(901) 527-4673

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02057 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Sheila L. Robinson-Beasley
ROBINSON-BEASLEY LAW FIRM
5865 Ridgeway Center Pkwy
Ste. 300
Memphis, TN 38120

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT