FILED BY_____D.C.

05 DEC 29 AM 7:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ELEMETRA BROWNLEE,

    Plaintiff,

vs.                                                                 NO: 04-2057

MEMPHIS CITY GOVERNMENT,
MEMPHIS HOUSING AUTHORITY,
ROBERT LIPSCOMB, in his official
position as executive director,
CHARLES NELMS, in his official and
personal capacity and
CLARENCE HOWARD, in his official
and personal capacity,

    Defendant.

**MOTION GRANTED**
DATE: 12-23-2005
_[signature]_
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

## DEFENDANT'S, CLARENCE HOWARD, MOTION TO DISMISS

Comes now the Defendant, Clarence Howard, and motions this Court for an order of dismissal as to Clarence Howard in his official capacity. In support of said motion, Defendant would sate that this court has previously entered an order of dismissal with prejudice on May 18, 2005 as to Defendants Robert Lipscomb and Dan Nelms, in their official capacity, and an order of dismissal of Clarence Howard in his personal capacity on July 1, 2005. Counsel for Defendant Clarence Howard has been informed by the Clerk of the court that this case is closed in its entirety. Therefore, for clarity, since Defendant Clarence Howard has a written order on file dismissing him in his personal capacity, he herein seeks an order of clarity that he is dismissed as well in his official capacity.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02057 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Sheila L. Robinson-Beasley
ROBINSON-BEASLEY LAW FIRM
5865 Ridgeway Center Pkwy
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT